UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael C. Dillon, et al</u>

        v.                                      Civil No. 07-cv-70-PB

<u>Select Portfolio Servicing, et al</u>

## O R D E R

I hereby recuse myself from this case. The clerk is directed to reassign the case to another judge.

SO ORDERED.

May 22, 2007                                    /s/ Paul Barbadoro
                                                             Paul Barbadoro
                                                             United States District Judge

cc:    Walter Maroney, Esq.
        Dorothy Davis, Esq.
        William Breen, Esq.
        Edmund Boutin, Esq.
        Steven Clark, Esq.