**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Michael C. Dillon
Jennifer Kresge

    v.                                              Civil No. 07-cv-70-SM

Select Portfolio
Servicing, et al.


**O R D E R**

Defendants move to compel responses to requests for production of documents and for answers to interrogatories (Document no. 49).

As to each request for production, plaintiffs assert that they have produced everything responsive and, as to many, they continue to search for more. The motion, as it relates to the requests, is denied as the court can not order produced that which either does not exist or which, despite a diligent search, has not been found.

Plaintiffs are ordered to provide answers to interrogatories forthwith to the extent they have not been provided. The privileged log is to be produced within ten (10) working days.

Waiver of objections to interrogatories will only be considered upon further motion.

    **SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: January 9, 2008

cc:   Walter L. Maroney, Esq.
      Dorothy A. Davis, Esq.
      William P. Breen, Esq.
      Edmund J. Boutin, Esq.
      Steven A. Clark, Esq.