UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael C. Dillon

    v.                                    Civil No. 07-cv-0070-JL

Select Portfolio
Servicing, Inc. *et al.*

**O R D E R**

    The plaintiff, Michael C. Dillon, moves to reconsider this court's order granting summary judgment for the defendants on all claims, invoking Rule 60(b).  That rule authorizes relief from a judgment on six different grounds, but Dillon does not attempt to demonstrate any of them.  Instead, he either recasts the same arguments already rejected by the court in its prior order or inappropriately makes new arguments in violation of the applicable rule of procedure, <u>see</u> Fed. R. Civ. P. 60(b)(1)-(6), e.g., that the pre-settlement injunction in <u>Curry</u> somehow barred him from seeking damages but not other relief in state court, which are untimely and without merit.  The motion (document no. 129) is DENIED.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  March 4, 2009

cc:  Walter L. Maroney, Esq.
     William P. Breen, Esq.
     Dorothy A. Davis, Esq.